**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Peter Levenson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2995<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–20575–SLM | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Peter Levenson

<u>8/19/21</u>         **By the court:** <u>Stacey L. Meisel</u>
                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                          Case No. 16-20575-SLM
Peter Levenson                                                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 19, 2021 | Form ID: 3180W | Total Noticed: 81 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter Levenson, HGA Services Inc., PO BOX 389, Englewood, NJ 07631-0389 |
| cr | + | : VW Credit, Inc., as servicing agent for VW Credi, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| sp | + | Samuel B. Cohen, 494 8th Avenue, Suite 1000, New York, NY 10001-2544 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, RAS CITRON, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | VW Credit, Inc., as servicing agent for VW Credit, P. O. Box 9013, Addison, TX 75001-9013 |
| 516208769 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, A H F C, 201 Little Falls Dr, Wilmington, DE 19808 |
| 516414760 | + | BMO Harris Bank NA, PO BOX 2035, Milwaukee, WI 53201-2035 |
| 516208777 | + | Bk Of Amer, Po Box 45144, Jacksonville, FL 32232-5144 |
| 516208779 | + | Cap1/Saks, 3455 Highway 80 W, Jackson, MS 39209-7202 |
| 516208785 | + | Chevrolet, PO Box 100, Williamsville, NY 14231-0100 |
| 516208788 | + | Colombia Doctors, 630 West 168th St, New York NY 10032-3725 |
| 516208789 | #+ | Corey Levenson, 1079 Broadway Apt 3A, Brooklyn, NY 11221-3085 |
| 516208795 | ++++ | ENGLEWOOD RADIOLOGY GROUP, PO BOX 4238, PORTSMOUTH NH 03802-4238 address filed with court:, Englewood Radiology Group, PO Box 6750, Portsmouth, NH 03802-6750 |
| 516208791 | + | Early Warning Services, 16552 N 90th St #100, Scottsdale, AZ 85260-1619 |
| 519241928 | + | Englewood Hospital, Certified Credit & Collection Bureau, PO Box 336, Raritan, NJ 08869-0336 |
| 516454234 | | Englewood Hospital, C/O CCCB, PO BOX 336, Raritan, NJ 08869-0336 |
| 516208792 | + | Englewood Hospital and Medical Center, 350 Engle Street, Englewood, NJ 07631-1898 |
| 516208793 | + | Englewood Hospital and Medical Center, PO Box 48304, Newark, NJ 07101-8504 |
| 516208794 | + | Englewood Radiological Grp PA, 350 Engle St, Englewood NJ 07631-1808 |
| 516208796 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 516208797 | + | Equifax, P.O. Box 740256, Atlanta, GA 30374-0256 |
| 516208799 | | Experian, P.O. Box 9556, Allen, TX 75013 |
| 516208798 | + | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 516208800 | + | Experian, Business Information Services, 475 Anton Boulevard, Costa Mesa, CA 92626-7037 |
| 516208802 | + | GC Services Limited Partnership, Collection Agency Division, PO Box 46960, Saint Louis, MO 63146-6960 |
| 516208801 | + | Gatestone & Co. International Inc., 1000 N. West Street, Suite 1200, Wilmington, DE 19801-1058 |
| 516208814 | + | Helen Remotti, MD, 622 W 168th St, New York, NY 10032-3720 |
| 516208805 | + | Holladay Bank, 2020 E 4800 S, Holladay, UT 84117-5132 |
| 516331944 | + | Holladay Bank & Trust, P.O. Box 17576, Holladay UT 84117-0576 |
| 516208831 | #+ | Michael Zbar and Peter M. Leung, PA, 120 North Main Street, New City, NY 10956-3743 |
| 516208774 | + | Mitchell Benson, MD, 161 Fort Washington Ave # 1102,, New York, NY 10032-3729 |
| 516208807 | | Myriad Genetic Laboratories, 320 Wakara Way, Salt Lake City, UT 84108-1214 |
| 516208809 | | New York Presbyterian Hospital, PO Box 3475, Toledo, OH 43607-0475 |
| 516208811 | + | Optimum Cablevision, 11 Stewart Avenue, Bethpage, NY 11714-5308 |
| 516208812 | | Professional Claims Bureau, PO Box 9060, Hicksville, NY 11802-9060 |
| 516208808 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, New Jersey Division of Taxation, 50 Barracks St, PO Box 269, Trenton, NJ 08695-0269 |
| 516208815 | | Sahussapont Joseph Sirintrapun, MD, 1275 York Avenue, New York, NY 10065-6007 |
| 516208821 | | The Mount Sinai Hospital, One Gustave L. Levy Place, New York, NY 10029-6574 |
| 516208822 | | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |

Case 16-20575-SLM    Doc 64    Filed 08/21/21    Entered 08/22/21 00:11:16    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 19, 2021 | Form ID: 3180W | Total Noticed: 81 |

| | | |
|---|---|---|
| 516208825 | + | Us Dept Of Ed/Glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 516338348 | + | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 19 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 19 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Aug 20 2021 00:28:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 516243112 | + | EDI: PHINAMERI.COM | Aug 20 2021 00:28:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO BOX 183853, Arlinton, TX 76096-3853 |
| 516249486 | | EDI: HNDA.COM | Aug 20 2021 00:28:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, 866-716-6444 |
| 516208771 | + | EDI: AMEREXPR.COM | Aug 20 2021 00:28:00 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 516208770 | + | EDI: AMEREXPR.COM | Aug 20 2021 00:28:00 | American Express, PO Box 297879, Fort Lauderdale, FL 33329-7879 |
| 516347239 | | EDI: BECKLEE.COM | Aug 20 2021 00:28:00 | American Express Bank FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516347241 | | EDI: BECKLEE.COM | Aug 20 2021 00:28:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516208772 | + | EDI: AMEREXPR.COM | Aug 20 2021 00:28:00 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516208775 | | EDI: BANKAMER.COM | Aug 20 2021 00:28:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 516389230 | | EDI: BANKAMER.COM | Aug 20 2021 00:28:00 | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 516208773 | | EDI: BANKAMER.COM | Aug 20 2021 00:28:00 | Bank of America, PO Box 45224, Jacksonville, FL 32232-5224 |
| 516208776 | + | EDI: BANKAMER.COM | Aug 20 2021 00:28:00 | Bk Of Amer, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 516208778 | + | EDI: CAPITALONE.COM | Aug 20 2021 00:28:00 | Cap1/Bstby, Po Box 5253, Carol Stream, IL 60197-5253 |
| 516208780 | + | EDI: CITICORP.COM | Aug 20 2021 00:28:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 516208781 | + | Email/Text: bankruptcy@certifiedcollection.com | Aug 19 2021 20:21:00 | Certified Credit & Collection Bureau, PO Box 336, Raritan, NJ 08869-0336 |
| 516208786 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Aug 19 2021 20:21:00 | ChexSystems, Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Saint Paul, MN 55125-1703 |
| 516208787 | + | EDI: CITICORP.COM | Aug 20 2021 00:28:00 | Citi Cards, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 516208827 | + | EDI: CITICORP.COM | Aug 20 2021 00:28:00 | Visdsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 516208790 | | EDI: BL-BMO.COM | Aug 20 2021 00:28:00 | Diners Club, PO Box 6101, Carol Stream, IL 60197-6101 |
| 516208803 | + | Email/Text: bankruptcy@affglo.com | Aug 19 2021 20:21:00 | Global Credit & Collection Corp., 5440 N Cumberland Avenue, Suite 300, Chicago, IL |

Case 16-20575-SLM    Doc 64    Filed 08/21/21    Entered 08/22/21 00:11:16    Desc Imaged
                                Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 19, 2021 | Form ID: 3180W | Total Noticed: 81 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 60656-1486 |
| 516208804 | + | EDI: PHINAMERI.COM | Aug 20 2021 00:28:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 516208806 | + | EDI: IRS.COM | Aug 20 2021 00:28:00 | Internal Revenue Service (Asset/Chap13), Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 516208782 | | EDI: JPMORGANCHASE | Aug 20 2021 00:28:00 | Chase Bp Prvt Lbl, Po Box 15298, Wilmington, DE 19850 |
| 516208783 | | EDI: JPMORGANCHASE | Aug 20 2021 00:28:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516208784 | | EDI: JPMORGANCHASE | Aug 20 2021 00:28:00 | Chase/Circuitcity, Po Box 15298, Wilmington, DE 19850 |
| 516208810 | + | Email/Text: bnc@nordstrom.com | Aug 19 2021 20:21:46 | Nordstrom/Td, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 516208816 | + | EDI: RMSC.COM | Aug 20 2021 00:28:00 | Syncb/6th Ave Electrnc, C/O Po Box 965036, Orlando, FL 32896-0001 |
| 516208817 | + | EDI: RMSC.COM | Aug 20 2021 00:28:00 | Syncb/Banana Rep, Po Box 965005, Orlando, FL 32896-5005 |
| 516208818 | + | EDI: RMSC.COM | Aug 20 2021 00:28:00 | Syncb/Banarepdc, Po Box 965005, Orlando, FL 32896-5005 |
| 516208819 | + | EDI: RMSC.COM | Aug 20 2021 00:28:00 | Syncb/Syncb Circuit Ci, C/O Po Box 965036, Orlando, FL 32896-0001 |
| 516208820 | + | EDI: WTRRNBANK.COM | Aug 20 2021 00:28:00 | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 516446016 | | EDI: USBANKARS.COM | Aug 20 2021 00:28:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank National Assoc., 4801 Frederica Street, Owensboro, Kentucky 42301 |
| 516208823 | + | EDI: CITICORP.COM | Aug 20 2021 00:28:00 | Unvl/Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 516208824 | + | EDI: USBANKARS.COM | Aug 20 2021 00:28:00 | Us Bank Home Mortgage, 4801 Frederica St, Owensboro, KY 42301-7441 |
| 516208826 | + | EDI: UTAHTAXCOMM.COM | Aug 20 2021 00:28:00 | Utah State Tax Commission, 210 North 1950 West, Salt Lake City, UT 84134-9000 |
| 516208828 | | Email/Text: vci.bkcy@vwcredit.com | Aug 19 2021 20:21:00 | Volkswagen Credit, PO Box 7247-0136, Philadelphia, PA 19170 |
| 516208829 | | Email/Text: vci.bkcy@vwcredit.com | Aug 19 2021 20:21:00 | Vw Credit, 2333 Waukeegan Rd, Deerfield, IL 60015 |
| 516208830 | + | Email/Text: vci.bkcy@vwcredit.com | Aug 19 2021 20:21:00 | Vw Credit Inc, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516208813 | * | Professional Claims Bureau, PO Box 9060, Hicksville, NY 11802-9060 |
| 516345057 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 516934685 | *+ | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

Case 16-20575-SLM    Doc 64    Filed 08/21/21    Entered 08/22/21 00:11:16    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 19, 2021 | Form ID: 3180W | Total Noticed: 81 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 21, 2021              Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francesca Ann Arcure | on behalf of Creditor : VW Credit  Inc., as servicing agent for VW Credit Leasing, Ltd NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com |
| Francesca Ann Arcure | on behalf of Creditor VW Credit  Inc., as servicing agent for VW Credit Leasing, Ltd. NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com |
| John F. Murano | on behalf of Debtor Peter Levenson john@muranoroth.com  vicky@muranoroth.com;muranojr90959@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor VW Credit Leasing  Ltd kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Shauna M Deluca | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION sdeluca@raslg.com |

TOTAL: 9